SANDRA R. BROWN
Acting United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON (Cal. State Bar No. 214198)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California  92701
     Telephone:  (714) 338-3548
     Facsimile:  (714) 338-3561
     E-mail:     anne.gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 17-66-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | Hearing Date: January 8, 2018 |
| TIMOTHY MCDONALD, | Hearing Time: 9:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Anne C. Gannon, hereby files its sentencing position.  The government's sentencing position is based upon the attached Memorandum of Points and Authorities, the Presentence Investigation Report, the files and

\\

\\

\\

records in this case, and such further evidence and argument as the Court may permit.

Dated: December 22, 2017          Respectfully submitted,

                                          SANDRA R. BROWN
                                          Acting United States Attorney

                                          DENNISE D. WILLETT
                                          Assistant United States Attorney
                                          Chief, Santa Ana Branch Office


                                                /s/
                                          ANNE C. GANNON
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Defendant Timothy McDonald ("defendant") pleaded guilty to two counts of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), pursuant to a plea agreement. The Presentence Investigation Report ("PSR") prepared by the Probation Office ("USPO") calculates defendant's total offense level as 19 and defendant's criminal history category as I resulting in a guideline range of 30-37 months' imprisonment. (PSR ¶ 3.) The government agrees with the PSR's calculation of a guideline sentencing range of 30-37 months' imprisonment.

**II. DEFENDANT'S CONVICTION AND THE PRESENTENCE INVESTIGATION REPORT**

On August 10, 2017, defendant pleaded guilty to the two count Indictment charging Conspiracy to Commit Money Laundering. (PSR ¶ 3.) Defendant's offense conduct consists of sending marijuana from California to multiple individuals in Missouri. (PSR ¶¶ 12-18.) The individuals in Missouri would deposit payment for the marijuana in an account controlled by defendant or send it to defendant through PayPal. (PSR ¶¶ 14-16.) The amount of marijuana sent by defendant totaled between 60 and 80 kilograms. (PSR ¶ 20.) Bank records reflect deposits totaling $191,861. (PSR ¶ 18.)

The USPO calculates defendant's total offense level as follows:

| | | | |
|---|---|---|---|
| Base Offense Level: | 20 | U.S.S.G. § 2D1.1(c)(10) |
| Money Laundering: | +2 | U.S.S.G. § 2S1.1(b)(2)(B) |
| Acceptance of Responsibility: | -3 | U.S.S.G. § 3E1.1(a) |
| Total Offense | 19 | |

(PSR ¶¶ 29-38)

**III. GOVERNMENT'S RESPONSE TO THE PSR AND SENTENCING POSITION**

A. <u>Offense Level Calculation</u>

Consistent with the plea agreement, the government concurs in the findings and conclusions of the USPO that defendant's total offense level is 19. (PSR ¶¶ 5, 25-38.)

B. <u>Criminal History Category</u>

The government has no objection to the calculation that defendant's criminal history is category I. (PSR ¶¶ 40-48.)

C. <u>Guideline Sentence</u>

The government has no objection to the determination that the guideline sentence range is 30-37 months' imprisonment.

D. <u>Statutory Sentencing Factors</u>

The government recommends a sentence of 30 months' imprisonment, the low-end of the guideline range, after considering the statutory sentencing factors set forth in 18 U.S.C. § 3553(a). While defendant is a young man, he engaged in both the financial and drug distribution aspects of the criminal conduct. (PSR ¶¶ 14-18.) In addition, he continued to abuse controlled substances on pretrial release. (PSR ¶ 10.) Therefore, a sentence of 30 months' imprisonment is sufficient, but not greater than necessary, to comply with the goals of sentencing. In particular, it reflects the nature and circumstances of the offense, history and characteristics of the defendant, and promotes respect for federal law prohibiting the interstate distribution of marijuana and money laundering.

**IV. CONCLUSION**

The government respectfully requests that this Court sentence defendant to a term of 30 months' imprisonment on each of Counts 1 and 2 of the Indictment, to be served concurrently, followed by a

2

1  three-year period of supervised release, on each count to be served
2  concurrently, under the terms and conditions recommended by the USPO,
3  and order defendant to pay $200 in special assessments.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28